**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JUNG JAE HYUNG, Derivatively on Behalf of ENOVIX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THURMAN J. RODGERS, RAJ TALLURI, BETSY ATKINS, PEGAH EBRAHIMI, BERNARD GUTMANN, JOSEPH MALCHOW, GREGORY REICHOW, HAROLD RUST, EMMANUEL T. HERNANDEZ, JOHN D. McCRANIE, and STEFFAN PIETZKE,<br><br>Defendants,<br><br>and<br><br>ENOVIX CORPORATION,<br><br>Nominal Defendant. | Case No. 1:26-cv-00323-CFC |

**STIPULATION AND [~~PROPOSED~~] ORDER**
**GOVERNING SERVICE, DISMISSAL OF**
**CERTAIN DEFENDANTS AND STAY OF PROCEEDINGS**

Plaintiff Jung Jae Hyung ("Plaintiff"), derivatively for the putative benefit of Enovix Corporation, and Defendants Thurman J. Rodgers, Raj Talluri, Betsy Atkins, Pegah Ebrahimi, Bernard Gutmann, Joseph Malchow, Gregory Reichow, Harrold

Rust,[1] Emmanuel T. Hernandez, John D. McCranie, and Steffen Pietzke[2] ("Individual Defendants"), and Nominal Defendant Enovix Corporation ("Enovix") (together with the Individual Defendants, "Defendants"), by and through their respective counsel of record, hereby stipulate, subject to the approval of the Court, as follows:

**SERVICE**

WHEREAS, on March 24, 2026, Plaintiff filed a Verified Stockholder Derivative Complaint (D.I. 1) in this Court against the Individual Defendants (the "Derivative Action");

WHEREAS, undersigned counsel has agreed to accept service of the Verified Stockholder Derivative Complaint (D.I. 1) on behalf of Defendants in exchange for the agreements set forth in this stipulation;

**DISMISSAL OF MALCHOW AND EBRAHIMI**

WHEREAS, a putative securities class action captioned *In re Enovix Corporation Securities Litigation*, Case No. 3:23-cv-0071-SI (N.D. Cal.) (the "Securities Class Action") alleging violations of the federal securities laws against Enovix and certain of its officers and directors is pending before the Honorable

---

[1] Mistakenly named as Harold Rust in the Complaint.

[2] Mistakenly named as Steffan Pietzke in the Complaint.

Susan Illston in the United States District Court for the Northern District of California;

WHEREAS, on August 8, 2024, Judge Illston dismissed Joseph Malchow and Pegah Ebrahimi from the Securities Class Action pursuant to a stipulation between the parties;

WHEREAS, Plaintiff has agreed to voluntarily dismiss Joseph Malchow and Pegah Ebrahimi without prejudice from this action pursuant to Federal Rules of Civil Procedure 23.1 and 41(c);

WHEREAS, the parties agree and respectfully submit that notice to Enovix's stockholders of the dismissal of Defendants Malchow and Ebrahimi is unnecessary here because: (i) the dismissal is without prejudice to the ability of any Enovix stockholder, or Enovix itself, to pursue the claims; (ii) there has been no settlement or compromise of the claims in this action; (iii) there has been no collusion among the parties; and (iv) neither Plaintiff nor his counsel has received or will receive directly or indirectly any consideration from Defendants for the dismissal of Defendants Malchow and Ebrahimi;

**STAY OF PROCEEDINGS**

WHEREAS, on April 21, 2026, the Honorable Susan Illston issued an order denying plaintiffs' motion for class certification in the Securities Class Action, and that ruling remains subject to a pending petition for permission to appeal to the

United States Court of Appeals for the Ninth Circuit under Federal Rule of Civil Procedure 23(f);

WHEREAS, the parties have conferred and agree that there is significant overlap between the subject matter, parties, factual allegations, and legal issues in this action and the Securities Class Action;

WHEREAS, the parties agree that, in the interests of judicial economy and efficiency, it is appropriate to stay this action pending the final resolution of the Securities Class Action, including any appeals therefrom; and

WHEREAS, Defendants reserve all rights, defenses, and objections during the pendency of the stay.

**IT ACCORDINGLY IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, subject to the Court's approval, that:

1. Counsel for Defendants accepts service of the Verified Stockholder Derivative Complaint (D.I. 1) on behalf of all Defendants effective May 22, 2026. Defendants do not, by accepting service, waive any defense other than as to the manner and form of service.
2. Individual Defendants Pegah Ebrahimi and Joseph I. Malchow are dismissed from this action without prejudice.

3. This action is stayed pending the final resolution of the Securities Class Action. For purposes of this stipulation and order, "final resolution" means the Securities Class Action has been closed at the U.S. District Court level and any appeals have been resolved or the time to appeal has expired.

4. No discovery shall be taken or sought in this action during the pendency of the stay, and Plaintiff shall not serve any discovery requests, subpoenas, or other process on Defendants or any non-party in connection with this action during the stay.

Date: May 22, 2026

BIELLI & KLAUDER, LLC

/s/ Ryan M. Ernst
Ryan M. Ernst (No. 4788)
1204 N. King Street
Wilmington, DE 19801
(302) 803-4600
rernst@bk-legal.com

*Attorneys for Plaintiff Jung Jae Hyung*

OF COUNSEL:

GAINEY McKENNA & EGLESTON
Thomas J. McKenna
Gregory M. Egleston
260 Madison Ave., 22nd Floor
New York, NY 10016
(212) 983-1300
tjmckenna@gme-law.com
gegleston@gme-law.com

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

/s/ Michael A. Barlow
Michael A. Barlow (#3928)
500 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 302-4000
michaelbarlow@quinnemanuel.com

*Attorney for Defendants Thurman J. Rodgers, Raj Talluri, Betsy Atkins, Pegah Ebrahimi, Bernard Gutmann, Joseph Malchow, Gregory Reichow, Harrold Rust, Emmanuel T. Hernandez, John D. McCranie, and Steffen Pietzke, and Nominal Defendant Enovix Corporation*

**IT IS SO ORDERED** this 26th day of May 2026.

/s/ Colm F. Connolly

Hon. Colm F. Connolly
Chief Judge, United States District Court